■ United States Aviation Underwriters, Inc., Respondent, v Textron, Inc., Appellant. [55 NYS3d 201]—

Order, Supreme Court, New York County (Eileen Bransten, J.), entered December 28, 2016, which denied defendant's motion to dismiss the complaint, unanimously affirmed, with costs.

The IAS court correctly determined at this pleading stage that the "bordereaux" (statements of premium and loss data) that plaintiff insurer provided to defendant policy holder on a monthly basis reflected a course of conduct between the parties that established an open, mutual, current account (CPLR 206 [d]; *Green v Disbrow*, 79 NY 1, 5-9 [1879]), and that the amended complaint provided sufficient specificity to provide defendant with notice of the transactions forming the basis for the breach of contract cause of action (*see e.g. Harris v Seward Park Hous. Corp.*, 79 AD3d 425, 426 [1st Dept 2010]). Concur—Friedman, J.P., Moskowitz, Gische and Kahn, JJ.